DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DONNA RILEY,**
Appellant,

v.

**RICK CASE HYUNDAI, INC.,** a Florida Corporation,
Appellee.

No. 4D21-212

[February 11, 2021]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Ellen Feld, Judge; L.T. Case Nos. 062015CC009097AXXXWE and 062018AP001861AXCCCE.

Donna Riley of The Riley Firm, P.A., Miami, for appellant.

Ginger Barry Boyd of Nelson Mullins Broad and Cassel, Tallahassee, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., FORST and KUNTZ, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***